UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS NASIRI,<br><br>    Plaintiff,<br><br>v.<br><br>T.A.G. SECURITY PROTECTIVE SERVICES INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01170-NC<br><br>**ORDER AFTER PRETRIAL CONFERENCE** |

The Court held a pretrial conference on May 5, 2021. This order summarizes the remaining events discussed at the pretrial conference:

- <u>JURY TRIAL REHEARSAL</u>: The Court will hold a trial rehearsal for the parties on **May 7, 2021**, at 10:00 a.m. in Courtroom 1, 5th floor.[1] Counsel for Plaintiff should contact the Judge's courtroom deputy (nccrd@cand.uscourts.gov) to schedule a separate time to complete the walk-through prior to May 12, 2021. *See* Dkt. Nos. 210, 211.

- <u>JURY TRIAL SCHEDULE</u>: Jury selection will take place on **May 14, 2021**, at 9:00 a.m. The parties have three peremptory challenges per side, and eight jurors will be

---

[1] Due to technological complications, all trials originally scheduled in Courtroom 8 will now be held in Courtroom 1, 5th floor. As such, the trial rehearsal will also take place in Courtroom 1, 5th floor.

selected. The trial begins on **Monday, May 17, 2021**, in Courtroom 1, 5th floor. Trial will begin at 9:00 a.m.–12:00 p.m., and resume at 1:00 p.m.– 4:00 p.m.

- VERDICT FORM: Plaintiff's counsel must provide the Court with a proposed verdict form by **May 12, 2021**.
- FINAL PRETRIAL CONFERENCE: A final pretrial conference is scheduled for **May 12, 2021, 1:00 p.m., by Zoom videoconference**. At the final pretrial conference, the parties must come prepared to discuss the jury questionnaire responses, and to argue any objections to the opening jury instructions. The Court will issue the opening jury instructions prior to the final pretrial conference.
- BIFURCATION: The trial will be bifurcated. First, the jury will hear all individual claims. Second, a bench trial will immediately commence where the parties will try all Private Attorney Generals Act (PAGA) claims and California Business & Professions Code (UCL) claims before the Court.
- TIMING OF BIFURCATED TRIALS: A jury trial will commence on **May 17, 2021**. Once the jury begins deliberation, the bench trial on the PAGA and UCL claims will immediately follow. If the jury returns its verdict before the bench trial concludes, the Court will pause the bench trial to proceed with the jury verdict.
- JURY QUESTIONNAIRE: The jury questionnaire responses will be sent to the parties on **May 10, 2021**. The parties must review those responses and come to the final pretrial conference on May 12, 2021, prepared to discuss all challenges for cause and for hardship.
- EXHIBIT INDEX: Plaintiff's counsel must provide an updated index of exhibits by **May 12, 2021**. This updated exhibit index must identify which evidence will be used for the bench trial portion.
- BRIEF ON BENCH TRIAL: Plaintiff's counsel must provide a brief on the proposed remedies for each PAGA claim and UCL claim to be tried at the bench trial.

2

**IT IS SO ORDERED.**

Dated: May 6, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge