UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS NASIRI,<br><br>        Plaintiff,<br><br>    v.<br><br>T.A.G. SECURITY PROTECTIVE SERVICES INC., et al.,<br><br>        Defendants. | Case No. 18-cv-01170-NC<br><br>**ORDER RE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

On May 19, 2021, the Court ordered Plaintiff to file his proposed Findings of Fact and Conclusions of Law on the PAGA bench trial issues, along with a proposed Judgment, by Wednesday, May 26, 2021. *See* Dkt. No. 244 at 120. The Court also ordered Defendants to submit their own proposed Findings of Fact and Conclusions of Law in response to Plaintiff's filing by June 2, 2021. *Id.* Plaintiff did not file the requested brief on the PAGA bench trial issues, nor the proposed Judgment, by the ordered deadline and still has not filed either with the Court. If Plaintiff does not file the proposed Findings of Fact and Conclusions of Law and the proposed Judgment by tomorrow **May 28, 2021, at noon**, the Court will consider the PAGA claim waived.

**IT IS SO ORDERED.**

Dated: May 27, 2021

                                                NATHANAEL M. COUSINS
                                                United States Magistrate Judge